FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 27 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

CASE NO. 4:17cv115-BRW-JTR

This case assigned to District Judge **Wilson**
and to Magistrate Judge **Ray**

Jury Trial: ☐ Yes  ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: **Paul Moore**
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: **Nurse Briann Li Mandri**
Position: **Head Nurse**
Place of employment: **Turn Key Health / Saline Co. Jail**
Address: **735 S. Neeley St.**

Name of defendant: **Lt. J.P. Massiet**
Position: **Jail administrator**

-4-

Place of employment: _Saline Co. Detention Facility_

Address: _735 S. Neeley St._

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☑ personal capacity only
☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No _X_

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

☐ Court (if federal court, name the district; if state court, name the county):

_____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed?  Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: *Saline Co. Detention facility*

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

__✓__ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _X_    No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓   No ___

If not, why? _____

_____

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I have been here incarcerated at the jail for going on 11 months now. I have complaining about Hip Perthesis disease. Yet all been ignored. Now I'm having worse & worse trouble walking. my hips are locking up, popping all the time, and I'm constantly in severe pain. Yet the Nurse & the jail wont do nothing for me and my condition keeps worsening. I'm afraid 1 day soon I will not be able to walk or I will have to have some major surgrey. Due to this matter I want file lawsuit toward Nurse Brian and Lt. Massict for Medical neglect, and Pain & Suffering.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the jail to give me medical I need for my hip. I also want to sue Nurse Brian, Lt. Maffett, Turn key Health ($200,000.00) Medical neglect, Pain & suffering.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 22nd day of February, 20 17.

_____

_____

Signature(s) of plaintiff(s)

-8-